| AO 10 | FINANCIAL DISCLOSURE REPORT | *Report Required by the Ethics* |
| Rev. 1/2010 | FOR CALENDAR YEAR 2009 | *in Government Act of 1978* |
| | | *(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| McKibben, Howard D. | United States District Court | 04/23/2010 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge, Senior | ☐ Nomination, Date<br>☐ Initial  ☑ Annual  ☐ Final | 01/01/2009 to 12/31/2009 |
| | 5b. ☐ Amended Report | |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 400 S. Virginia St., Room 607<br>Reno, Nevada 89509 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Instructor | The National Judicial College, Reno, Nevada |
| 2. Board Member | Eagle Valley Children's Home |
| 3. Member Emritus | Bruce R. Thompson & Howard D. McKibben Inns of Court |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

FINANCIAL DISCLOSURE OFFICE

2010 MAY -3 P 10:48

RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| McKibben, Howard D. | 04/23/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2009 | Public Employers Retirement System |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKibben, Howard D. | 04/23/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKibben, Howard D. | 04/23/2010 |

## VII. INVESTMENTS and TRUSTS — _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐  NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. House - Douglas Co., NV | D | Rent | N | W | | | | | |
| 2. 1/2 interest -unimproved land Douglas Co.NV(water rights)(J) | | None | O | W | | | | | |
| 3. House, South of Newport, Oregon | E | Rent | O | W | | | | | |
| 4. Bank of America (2) | A | Interest | K | T | | | | | |
| 5. Bank of America, Checking Acct., Gardnerville, NV | | None | J | T | | | | | |
| 6. Symetra | C | Interest | M | T | | | | | |
| 7. Wells Fargo | B | Int./Div. | L | T | | | | | |
| 8. Clearstar Financial | B | Interest | | | Closed | 10/15/09 | K | | |
| 9. Key Plan Maxi-Single Premium Life - Tax Deferred | B | Interest | L | T | | | | | |
| 10. Hartford - Single Premium | A | Interest | K | W | | | | | |
| 11. Evergreen Total Return Mutual Fund | B | Dividend | M | T | | | | | |
| 12. AT&T | C | Dividend | L | T | | | | | |
| 13. Charles Schwab & Co., Inc. | A | Interest | J | T | | | | | |
| 14. Morgan Stanley Sears Liq. Ass. & Liq. Asset FD DSC Exchange | A | Interest | J | T | | | | | |
| 15. -(Cont. 14)Morgan Sta Morgan Stan. TaxFree | | | | | | | | | |
| 16. -(Cont. #14)Daily Income & Active Asset Trust | | | | | | | | | |
| 17. -(Cont. #14) Money Market Fund (FORMERLY DEAN WITTER) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKibben, Howard D. | 04/23/2010 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Public Employees Retirement System of Nevada | | None | J | W | | | | | |
| 19. Inter Capital Quality Muni (two funds) | A | Interest | J | T | | | | | |
| 20. Inter Capital Insured Muni Income | A | Interest | J | T | | | | | |
| 21. ▓ net mineral acre interest - Howard County, Texas | | None | J | W | | | | | |
| 22. Water Rights, Douglas County, Nevada | | None | J | W | | | | | |
| 23. Cisco Systems, Inc. | | None | J | T | | | | | |
| 24. Dell Computer | | None | J | T | | | | | |
| 25. Microsoft | A | Dividend | K | T | | | | | |
| 26. Morgan Stanley Dean Witter IRA - Focus Growth | | None | J | T | | | | | |
| 27. General Electric | A | Dividend | K | T | Sold (part) | 07/16/09 | J | D | |
| 28. Dean Witter IRA Account: - Proctor & Gamble | A | Dividend | K | T | Sold (part) | 07/16/09 | J | C | |
| 29. Dean Witter IRA Account: - T Rowe Price Small Cap | | None | J | T | | | | | |
| 30. NCR Corp. | | None | J | T | | | | | |
| 31. Van Kampen Utility Income | A | Interest | K | T | | | | | |
| 32. Intel | A | Dividend | J | T | | | | | |
| 33. House - Mono County, California | | None | N | W | | | | | |
| 34. Bank of America Time Certificate | C | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKibben, Howard D. | 04/23/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Visteon | | None | J | T | | | | | |
| 36. Farm - Hardin County, Ohio | D | Rent | M | W | | | | | |
| 37. Series I Bonds (eleven) (See 2 in Part VIII) | | None | J | T | | | | | |
| 38. Heritage Bank | B | Interest | M | T | | | | | |
| 39. Smuckers | | None | J | T | | | | | |
| 40. Comcast Corp. | A | Dividend | J | T | | | | | |
| 41. J.P. Morgan & Chase | | None | J | T | | | | | |
| 42. Nuveen Tradewinds Int. | A | Dividend | K | T | | | | | |
| 43. Nuveen NWQ | A | Dividend | J | T | | | | | |
| 44. Teradata (spin-off from NCR) | | None | J | T | | | | | |
| 45. Coca Cola | A | Dividend | J | T | | | | | |
| 46. 3 M | A | Dividend | J | T | | | | | |
| 47. Apple | | None | K | T | Buy | 07/16/09 | J | | |
| 48. Nevada State Bank (2 accounts) | A | Interest | L | T | Buy | 10/04/09 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKibben, Howard D. | 04/23/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

All of our assets are held in a trust.

| Name of Person Reporting | Date of Report |
|---|---|
| McKibben, Howard D. | 04/23/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544